UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| GEORGE WILLIAMS, JR., | : | |
|---|---|---|
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:18-cv-00313 |
| | : | |
| SUPERINTENDENT, SCI SOMERSET; THE DISTRICT ATTORNEY OF PHILADELPHIA COUNTY; and THE PENNSYLVANIA ATTORNEY GENERAL, | : | |
| Respondents. | : | |

# O R D E R

**AND NOW**, this 3rd day of March, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Williams's objections, ECF No. 27, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 25, is **ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge